**Opinion issued January 15, 2019**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-18-01015-CR

———————————

## PAUL IRVIN, Appellant

## V.

## THE STATE OF TEXAS, Appellee

---

On Appeal from the 263rd District Court
Harris County, Texas
Trial Court Case No. 1593307

---

## MEMORANDUM OPINION

Appellant, Paul Irvin, pleaded guilty to the offense of aggravated assault with

a deadly weapon. *See* TEX. PENAL CODE § 22.02(a). In accordance with the terms of

a plea-bargain agreement, the trial court signed a judgment of conviction imposing

a sentence of 10 years in the Institutional Division of the Texas Department of

Criminal Justice. Irvin filed a notice of appeal.

In a plea bargain case, a defendant may only appeal those matters that were raised by written motion filed and ruled on before trial or after getting the trial court's permission to appeal. TEX. CODE CRIM. PROC. art. 44.02; TEX. R. APP. P. 25.2(a)(2). An appeal must be dismissed if a certification showing that the defendant has the right of appeal has not been made part of the record. TEX. R. APP. P. 25.2(d).

Here, the trial court's certification is included in the record on appeal. *See id.* The trial court's certification states that this is a plea bargain case and that the defendant has no right of appeal. *See* TEX. R. APP. P. 25.2(a)(2). The record supports the trial court's certification. *See Dears v. State*, 154 S.W.3d 610, 615 (Tex. Crim. App. 2005). Because Irvin has no right of appeal, we must dismiss this appeal. *See Chavez v. State*, 183 S.W.3d 675, 680 (Tex. Crim. App. 2006) ("A court of appeals, while having jurisdiction to ascertain whether an appellant who plea-bargained is permitted to appeal by Rule 25.2(a)(2), must dismiss a prohibited appeal without further action, regardless of the basis for the appeal.").

Accordingly, we dismiss the appeal for want of jurisdiction. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Lloyd, Kelly, and Hightower.
Do not publish. TEX. R. APP. P. 47.2(b).